BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MARTINEZ-VALENTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-10-00707 JF |
|---|---|---|
| Plaintiff, | ) ) ) | [PROPOSED] ORDER CONTINUING STATUS HEARING |
| vs. | ) ) | |
| ANTONIO MARTINEZ-VALENTIN, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Thursday, October 28, 2010 shall be continued to Thursday, December 2, 2010 at 9:00 a.m.

It is further ordered that 35 days shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for continuity and effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

It is so ordered.

Dated: ~~October~~ November 3, 2010

_____
HON. JEREMY FOGEL
United States District Judge

[Proposed] Order Continuing Status Hearing
CR 10-00707 JF                                                                1